# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**In Re: Ramon Rivera**
**Araceli Rivera**

**Debtor**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Chapter 13**
**NO. 09-20435 JNF**

**DEBTORS' MOTION TO EXTEND TIME**
**TO FILE AMENDED CHAPTER 13 PLAN**

Now come debtors and move this court to extend until Marc h 26, 2010, for debtors to file their Amended Chapter 13 Plan.

Debtors would prefer to wait until the bar date has elapsed (March 11, 2010) before filing a new plan so they don't have to file a third plan after the bar date.

WHEREFORE, debtors request this court to extend until march 29, 2010 the time to file an Amended Chapter 13 plan.

Respectfully submitted,
By their   attorney,

/s/ Richard Askenase
Richard Askenase, Esq.  BBO#022920
One Thompson Square
Fourth Floor
Boston, MA 02129
(617) 241- 7555
FAX (617) 241-7396

DATE:  February 4, 2010

CERTIFICATE OF SERVICE

Pursuant to MLBR 3015, Appendix 1, Section 13-7, I, Richard Askenase, do hereby certify that I have served  a copy of the attached pleading by mailing a copy of same, postage prepaid to all parties on the attached service list.

Signed under the penalties of perjury.

2/11/2010 Allowed.